# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL KEITH COWANS,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN JAMES D. HARTLEY,<br><br>            Respondent. | 1:08-cv-01840-OWW-JLT HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 18)<br><br>ORDER DENYING RESPONDENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION (Doc. 11)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS FOR LACK OF EXHAUSTION (Doc. 11)<br><br>ORDER PERMITTING PETITIONER FIFTEEN DAYS TO WITHDRAW UNEXHAUSTED CLAIMS AND PROCEED ON GROUND THREE OR HAVE PETITION DISMISSED |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On May 13, 2009, Respondent filed a motion to dismiss the petition, contending that the Court lacked habeas jurisdiction over the petition and that the petition should be dismissed as a mixed petition because Grounds One and Two were not exhausted. (Doc. 11). On February 11, 2010, the Magistrate Judge assigned to the case filed a Findings and Recommendations recommending that Respondent's motion to dismiss for lack of jurisdiction be denied and that

1

1  the motion to dismiss for unexhausted claims be granted.  ([Doc. 18](Doc. 18)).  This Findings and
2  Recommendations was served on all parties and contained notice that any objections were to be
3  filed within twenty days from the date of service of that order.  On March 2, 2010, Respondent
4  filed objections to that portion of the Magistrate Judge's Findings and Recommendations relating
5  to the issue of lack of jurisdiction.  ([Doc. 19](Doc. 19)).   To date, Petitioner has not filed objections.

6       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted
7  a *de novo* review of the case.  Having carefully reviewed the entire file, including Respondent's
8  objections, the Court concludes that the Magistrate Judge's Findings and Recommendations is
9  supported by the record and proper analysis.  Respondent's objections present no grounds for
10 questioning the Magistrate Judge's analysis.

11      Accordingly, IT IS HEREBY ORDERED that:

12     1.    The Findings and Recommendations, filed February 11, 2010 (Doc. 18), is
13         ADOPTED IN FULL;
14     2.    Respondent's Motion to Dismiss for lack of jurisdiction (Doc. 11), is DENIED;
15     3.    Respondent's Motion to Dismiss for lack of exhaustion as to Grounds One and
16         Two (Doc. 11), is GRANTED;
17     4.    Petitioner is granted fifteen days from the date of service of this order in which to
18         file a motion to withdraw the unexhausted claims and proceed on the remaining
19         claim, i.e., Ground Three.  If Petitioner fails to file such a motion within the time
20         provided by this order, the Court will dismiss the petition as a mixed petition
21         containing unexhausted claims.

22 IT IS SO ORDERED.

23 **Dated:   March 19, 2010**               **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE